# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LEE ANDREW FOSTER, JR,                                                              PLAINTIFF
ADC #142627

V.                                    4:20CV01437-JM-JTK

WENDY KELLEY, et al.                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Amended Complaint against Defendants is DISMISSED, for failure to state a claim upon which relief may be granted.

2. This dismissal constitutes a "strike" within the meaning of the PLRA, 28 U.S.C. § 1915(g)..

3. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of February, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE