# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LEE ANDREW FOSTER, JR,                                            PLAINTIFF
ADC #142627

V.                                                     4:20CV01437-JM-JTK

WENDY KELLEY, et al.                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 10th day of February, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1